SIEBROS FINANCE CORPORATION, Respondent, v. FIRE ASSOCIATION OF PHILADELPHIA, Appellant.— Judgment and order reversed, with costs, and motion

---

* Entered *nunc pro tunc* as of March 14, 1925.— [REP.

denied, with ten dollars costs, on the ground that a triable issue is presented. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

PILLSBURY FLOUR MILLS COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin and O'Malley, JJ.